IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEISHA L. MAMON,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC ASSIGNEE OF CITIFINANCIAL, INC., and FREDERICK J. HANNA & ASSOCIATES, P.C.,<br><br>Defendants. | Civil Action File No.<br>1:13-cv-2301-AT |

### ORDER

Presently before the Court is Defendant Frederick J. Hanna & Associates, P.C.'s ("FJH") Motion for Leave to File Response to Plaintiff's Objections to the Magistrate's Report and Recommendation [Doc. 17]. Having reviewed the Motion, the Court Orders as follows:

Although FJH's response to Plaintiff's objections to the R&R should have been filed on December 15, the Court has authority under Fed. R. Civ. P. 6(b) to allow FJH to file its response out of time. The Court finds that FJH's failure to timely file its response was the result of excusable neglect, that Plaintiff has not been prejudiced by the delay, that FJH acted in good faith, and that other good

-2-

cause exists to permit FJH to file its response out of time.

Accordingly, the Motion is hereby GRANTED.  The Response that was attached to the Motion [Doc. 17-2] is hereby accepted as filed and will be considered by the Court in connection with its decision whether to accept the Report and Recommendation.

It is SO ORDERED this 15th day of January, 2014.

                                              Hon. Amy Totenberg
                                              U.S. District Judge, N.D. Ga.