IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEISHA MAMON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MIDLAND FUNDING, LLC, *Assignee of Citifinancial, Inc.*, and FREDERICK J. HANNA & ASSOCIATES, P.C., | : : : : | CIVIL ACTION NO. 1:13-CV-2301-AT |
| | : | |
| Defendants. | : | |

# **ORDER**

This matter is before the Court on Plaintiff's Motion to Voluntarily Dismiss this action filed against Defendants Midland Funding, LLC ("Midland Funding") and Frederick J. Hanna & Associates, P.C. ("FJH") [Doc. 21]. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff may dismiss an action, without a Court order, before the opposing party serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). In this case, FJH has filed neither an answer nor a motion for summary judgment. Accordingly, no Court order is required to dismiss the action against FJH. *See Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253-255 (5th Cir. 1973) (holding that a plaintiff can employ Rule 41(a)(1) to voluntarily dismiss an action against "such of the defendants as have not served an answer or motion for summary

judgment, despite the fact that the case might remain pending against other defendants").[1]  Midland Funding filed an answer (Doc. 9) but does not object to Plaintiff's Motion to Voluntarily Dismiss (Doc. 23.)

Accordingly, Plaintiff's Motion to Voluntarily Dismiss [Doc. 21] is **GRANTED**.  This action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 6th day of March, 2014.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all of the decisions of the former Fifth Circuit rendered prior to the close of business on September 30, 1981.